IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACKARY JOHNSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 12-4611<br>:<br>:<br>:<br>: |

**O R D E R**

AND NOW, this   4th   day of June, 2013, upon consideration of Plaintiff, Zackary Johnson's ("Plaintiff"), Request for Review (Doc. No. 8), the Commissioner of Social Security's ("Commissioner") Response, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and the Objections of Plaintiff thereto, it is hereby **ORDERED** that:

  1. Plaintiff's Objections are **DENIED**;

  2. Plaintiff's Request for Review is **DENIED**;

  3. The Report and Recommendation is **APPROVED** and **ADOPTED**;

  and

  4. Judgment is entered in favor of the Commissioner, affirming the

decision of the Commissioner and against Plaintiff.

                                                        BY THE COURT:

                                                  /s/ Robert F. Kelly
                                                  ROBERT F. KELLY
                                                  SENIOR JUDGE