**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                              :

ZACKARY JOHNSON,                :

                              :

           Plaintiff,        :

                              :     CIVIL ACTION

                              :

         v.                      :

                              :     NO. 12-4611

CAROLYN W. COLVIN,        :

Commissioner of Social Security,     :

                              :

          Defendant.    :

                              :

_____:

## **O R D E R**

     AND NOW, this   4th   day of June, 2013, upon consideration of Plaintiff, Zackary

Johnson's ("Plaintiff"), Request for Review (Doc. No. 8), the Commissioner of Social Security's

("Commissioner") Response, and Plaintiff's Reply, and after careful review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa and the Objections of

Plaintiff thereto, it is hereby **ORDERED** that:

     1.  Plaintiff's Objections are **DENIED**;

     2.  Plaintiff's Request for Review is **DENIED**;

     3.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

and

     4.  Judgment is entered in favor of the Commissioner, affirming the

decision of the Commissioner and against Plaintiff.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE